IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATHERINE COWAN, #188244, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv422-WHA |
| ) | |
| CYNTHIA WHEELER-WHITE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge

(Doc. #2), entered on May 14, 2009, the Recommendation is adopted, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the

Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 2nd day June, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE